# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| MICHAEL WYLLIE, individually and on behalf all others similarly situated, | ) ) ) |
| Plaintiff, | ) Case No. 3:21-cv-03078-SEM-TSH ) |
| v. | ) Hon. District Judge Sue E. Myerscough ) |
| FLANDERS CORPORATION, | ) Hon. Magistrate Tom Schanzle-Haskins ) |
| Defendant. | ) ) |

## FLANDERS CORPORATION'S MOTION TO STAY

NOW COMES Defendant Flanders Corporation ("Flanders"), by and through undersigned counsel, as and for its Motion to Stay. For the reasons discussed in Flanders' accompanying memorandum of law, which Flanders expressly incorporates herein by reference, the Court should stay all proceedings in this action pending the resolution of appellate proceedings in (i) the Illinois Appellate Courts in *Tims v. Black Horse Carriers, Inc.*, Case No. 1-20-0562 (1st Dist.) and *Marion v. Ring Containers Techs., LLC*, Case No. 20-0184 (3d Dist.); (ii) the Seventh Circuit in *Cothron v. White Castle Sys., Inc.*, No. 20-3202 (7th Cir.); and (iii) the Illinois Supreme Court in *McDonald v. Bronzeville*, Case No. 126511 (Ill.).

**WHEREFORE,** Flanders Corporation respectfully requests that the Court grant its Motion to Stay and enter an Order: (i) staying all proceedings pending decisions by the Illinois Appellate Courts in *Tims v. Black Horse Carriers, Inc.*, Case No. 1-20-0562 (1st Dist.) and *Marion v. Ring Containers Techs., LLC*, Case No. 20-0184 (3d Dist.), and the Seventh Circuit in *Cothron v. White Castle Sys., Inc.*, No. 20-3202 (7th Cir.); (ii) staying all proceedings pending the Illinois Supreme

Court's decision in *McDonald v. Symphony Bronzeville Park, LLC*, Case No. 126511 (Ill.); and (iii) awarding any additional relief this Court deems appropriate and just.

Dated:  April 21, 2021               Respectfully submitted,

                                     By:  /s/ *David M. Poell*

                                     David M. Poell (ARDC #6302765)
                                     SHEPPARD MULLIN
                                     RICHTER & HAMPTON LLP
                                     70 West Madison Street, 48th Floor
                                     Chicago, Illinois 60602
                                     Telephone:  (312) 499-6349
                                     Facsimile:  (312) 499-6301
                                     dpoell@sheppardmullin.com

                                     Kari M. Rollins, Esq. (ARDC #6287218)
                                     Sheppard Mullin Richter & Hampton LLP
                                     30 Rockefeller Plaza
                                     New York, NY 10112
                                     Tel.:  (212) 634-3077
                                     Fax:  (917) 438-6173
                                     krollins@sheppardmullin.com

                                     *Counsel for Flanders Corporation*

3

**CERTIFICATE OF SERVICE**

    I, David Poell, an attorney, hereby certifies that, on April 21, 2021, a copy of the foregoing document was filed via this Court's CM/ECF electronic filing system, which effects service on all counsel of record in this matter.

                                              */s/ David M. Poell*
                                              David M. Poell
                                              *Counsel for Flanders Corporation*